UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| COMMERCIAL DEFEASANCE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GREG STRANGER, <br><br> Defendant. | Civil Action No. 3:06CV422-C <br><br><br> ORDER |

Before the Court is Plaintiff's *ex parte* motion for permission to file the Complaint in this matter under seal pursuant to Local Rule 5.1(D)(1). Upon consideration of the motion, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's motion to file the Complaint under seal is granted. The Complaint and exhibits thereto shall be maintained by the Clerk of Court under seal until further order of the Court.

This 6 day of October, 2006.

Robert J. Conrad
U.S. District Judge