UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CV422

**COMMERCIAL DEFEASANCE, LLC,**

    Plaintiff,

v.

**GREG STRANGER,**

    Defendant.

**ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE*
OF THOMAS C. FRONGILLO**

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff Commercial Defeasance, LLC for admission *pro hac vice* of Thomas C. Frongillo, and it appearing to the Court under Local Rule 83.1(B) that Mr. Frongillo should be admitted *pro hac vice* as representing Plaintiff Commercial Defeasance, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that Thomas C. Frongillo is admitted to practice before this Court *pro hac vice*.

Signed: January 5, 2007

David C. Keesler
United States Magistrate Judge