UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CV422

COMMERCIAL DEFEASANCE, LLC,

    Plaintiff,

v.

GREG STRANGER,

    Defendant.

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE*
OF TODD D. OMMEN

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff Commercial Defeasance, LLC for admission *pro hac vice* of Todd D. Ommen, and it appearing to the Court under Local Rule 83.1(B) that Mr. Ommen should be admitted *pro hac vice* as representing Plaintiff Commercial Defeasance, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that Todd D. Ommen is admitted to practice before this Court *pro hac vice*.

Signed: January 5, 2007

David C. Keesler
United States Magistrate Judge