UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CV422

| | |
|---|---|
| **COMMERCIAL DEFEASANCE, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**GREG STRANGER,**<br><br>    Defendant. | **ORDER GRANTING MOTION<br>FOR ADMISSION *PRO HAC VICE*** |

Counsel for Defendant Greg Stranger filed a motion with the Court seeking to admit *Pro Hac Vice* Diane L. Webb and Rollin B. Chippey, II ("Applicants") to represent Defendant Greg Stranger in this matter in association with Eric D. Welsh, a member of the North Carolina Bar and the firm of Parker Poe Adams & Bernstein, LLP. Affidavits accompanied the motion attesting that Applicants are members in good standing of the State Bar of the State of California and are admitted to practice before the United States District Court for the Northern District of California.

It appears to the Court that there is just cause for granting the motion. It is therefore ORDERED that Diane L. Webb and Rollin B. Chippey, II are admitted *Pro Hac Vice* to represent Defendant Greg Stranger in this matter.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1 of this Court's Local Rules of Civil Procedure, Ms. Webb and Mr. Chippey will pay the admission fee of **ONE HUNDRED DOLLARS ($100.00) each** to the Clerk of Court within (10) days from the date of the filing of this Order.

Signed: February 22, 2007

David C. Keesler
United States Magistrate Judge