# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV422

| | |
|---|---|
| **COMMERCIAL DEFEASANCE, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **GREG STRANGER, THE BOSTON** ) | |
| **CONSULTING GROUP, INC., and** ) | |
| **CAPITAL DEFEASANCE GROUP, LLC,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **May 15, 2007** prepared to summarize the status of this case and to argue any pending motions. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **May 15, 2007** for a Status and Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS FURTHER ORDERED** that pursuant to the requirements of Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(A) the parties shall confer and file a written report of that conference along with a proposed discovery plan, jointly if possible, on or before **May 10, 2007**. The Court recognizes that Plaintiff has previously filed a proposed discovery plan (Document No. 10) and expects that if a jointly filed plan is impossible at this time, the Plaintiff will submit a revised version of its original proposed plan.

**SO ORDERED**.

Signed: March 29, 2007

David C. Keesler
United States Magistrate Judge