**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:06CV422**

| | | |
|---|---|---|
| **COMMERCIAL DEFEASANCE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GREG STRANGER, THE BOSTON** | ) | |
| **CONSULTING GROUP, INC., and** | ) | |
| **CAPITAL DEFEASANCE GROUP, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Boston Consulting Group, Inc.'s "Consent Motion for Access to Sealed Documents" (Document No. 31), filed April 2, 2007. For the reasons set forth in that motion, Defendant's motion is hereby **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the Clerk shall give Defendant BCG and its counsel access to the court docket and case files in this matter and permit copying by BCG and its counsel of same.

Signed: April 3, 2007

_____
David C. Keesler
United States Magistrate Judge