
RECEIVED
CHARLOTTE, N.C.
APR 17 2007
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:06 CV 422-C

| | |
|---|---|
| COMMERCIAL DEFEASANCE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREG STRANGER; )<br>THE BOSTON CONSULTING GROUP, INC.; and )<br>CAPITAL DEFEASANCE GROUP, LLC, )<br>)<br>Defendants. ) | **ORDER** |

This matter is before the Court on the Motion of Harry T. Daniels for admission as counsel *pro hac vice* on behalf of Defendant The Boston Consulting Group, Inc. ("BCG") filed on April 17, 2007.

Upon review and consideration of the Motion and the Declaration filed in support thereof, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Daniels shall be admitted to appear before this Court *pro hac vice* on behalf of Defendant BCG upon payment of the sum of One Hundred Dollars ($100.00) to the Clerk of Court within ten (10) days of the date of the filing of this Order.

This the 20th day of April, 2007.

DAVID C. KEESLER
U.S. MAGISTRATE JUDGE