UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CV422

| | |
|---|---|
| COMMERCIAL DEFEASANCE, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>GREG STRANGER,<br>THE BOSTON CONSULTING GROUP,<br>INC.; and CAPITAL DEFEASANCE<br>GROUP, LLC,<br><br>　　Defendants. | ORDER GRANTING MOTION<br>FOR ADMISSION *PRO HAC VICE*<br>OF CHRISTOPHER L. MORGAN |

This matter is before the Court on the Motion of Christopher L. Morgan for admission as counsel *pro hac vice* on behalf of Defendant The Boston Consulting Group, Inc. ("BCG").

Upon review and consideration of the Motion and the Declaration filed in support thereof, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Morgan shall be admitted to appear before this court pro hac vice on behalf of Defendant BCG upon payment to the Clerk of the required fee.

Signed: August 20, 2007

_____
David C. Keesler
United States Magistrate Judge