UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| COMMERCIAL DEFEASANCE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GREG STRANGER, THE BOSTON )<br>CONSULTING GROUP, and CAPITAL )<br>DEFEASANCE GROUP, LLC, )<br>)<br>Defendant. )<br>) | Case No. 3:06-cv-422-C |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On June 21, 2007, the magistrate judge issued a Memorandum and Recommendation in the present case recommending that Defendant Greg Stranger's "Motion to Dismiss ..." (Doc. No. 37) and Defendant Capital Defeasance Group's "Motion to Dismiss . . ." (Document No. 40) be denied. (Doc. No. 71). The parties were advised that objections were to be filed in writing within ten days after service of the magistrate judge's decision. That deadline has now passed without any party filing specific objections. After a careful review of the Memorandum and Recommendation, the Court finds that the magistrate judge's proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the magistrate judge's recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant Greg Stranger's "Motion to Dismiss Plaintiff Commercial Defeasance, LLC's Amended Complaint . . . " (Doc. No. 37) and Defendant Capital Defeasance Group, LLC's Motion to Dismiss . . ." (Doc. No. 40) be **DENIED.**

Signed: September 27, 2007

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge