**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:06CV422-MR-DCK**

| | |
|---|---|
| **COMMERCIAL DEFEASANCE, LLC,** | |
| **Plaintiff,** | |
| **v.** | **ORDER GRANTING MOTION** |
| **GREG STRANGER,** | **FOR ADMISSION *PRO HAC VICE*** |
| **Defendant.** | |

Counsel for Defendants Greg Stranger and Capital Defeasance Group, LLC filed a motion with the Court seeking to admit *Pro Hac Vice* William F. Savino, Brian D. Gwitt, Jennifer M. Catherine and Amber E. Storr ("Applicants") to represent Defendants Greg Stranger and Capital Defeasance Group, LLC in this matter in association with Eric D. Welsh, a member of the North Carolina Bar and the Firm of Parker Poe Adams & Bernstein, LLP. Affidavits accompanied the motion attesting that Applicants are members in good standing of the State Bar of the State of New York and are admitted to practice before the United States District Court for the Western District of New York.

It appears to the Court that there is just cause for granting the motion. It is therefore ORDERED that William F. Savino, Brian D. Gwitt, Jennifer M. Catherine and Amber E. Storr are admitted *Pro Hac Vice* to represent Defendant Greg Stranger in this matter.

Signed: October 15, 2007

David C. Keesler
United States Magistrate Judge