UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CV422-MR-DCK

| | |
|---|---|
| COMMERCIAL DEFEASANCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GREG STRANGER,<br>THE BOSTON CONSULTING GROUP, INC.; and CAPITAL DEFEASANCE GROUP, LLC,<br><br>    Defendants. | ORDER |

This matter is before the Court on the Motion of Donald P. Renaldo, II for admission as counsel *pro hac vice* on behalf of Defendant The Boston Consulting Group, Inc. ("BCG") filed on October 18, 2007.

Up*o*n review and consideration of the Motion and the Declaration filed in support thereof, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Renaldo is admitted to appear before this court *pro hac vice* on behalf of Defendant BCG.

Signed: October 25, 2007

David C. Keesler
United States Magistrate Judge