**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:06-CV-422-MKR-DCK**

| | | |
|---|---|---|
| **COMMERCIAL DEFEASANCE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | <u>**ORDER**</u> |
| | ) | |
| **GREG STRANGER, THE BOSTON** | ) | |
| **CONSULTING GROUP, INC., and** | ) | |
| **CAPITAL DEFEASANCE GROUP, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's Motion To Unseal Case" (Document No. 88) and "Brief In Support Of Plaintiff's Motion To Unseal Case" (Document No. 89), filed December 7, 2007; "Response Of The Boston Consulting Group, Inc To Plaintiff's Motion To Unseal Case" (Document No. 96), filed December 21, 2007; "Greg Stranger And Capital Defeasance Group, LLC's Limited Objection To Plaintiff's Motion To Unseal The Case" (Document No. 98), filed January 4, 2008; and Plaintiff's "Reply In Support Of Plaintiff's Motion To Unseal Case" (Document No. 100), filed January 8, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

Having carefully considered the arguments, the record, and the applicable authority, the undersigned will <u>grant</u> Plaintiff's motion to unseal. Although Defendants have withheld their consent to the motion, they have failed to articulate any relevant objection to the case being unsealed. For good cause shown, and noting the "Consent Protective Order" (Document No. 70) entered by the Court on June 8, 2007, the undersigned will order that this case be unsealed.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Unseal Case" (Document No. 88) is **GRANTED.**

**SO ORDERED**.

Signed: February 29, 2008

David C. Keesler
United States Magistrate Judge