# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv422

| | |
|---|---|
| **COMMERCIAL DEFEASANCE, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **GREG STRANGER, THE BOSTON** ) | |
| **CONSULTING GROUP, INC., and** ) | |
| **CAPITAL DEFEASANCE GROUP,** ) | |
| **LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on the motions of the Defendant The Boston Consulting Group, Inc. for the admission of Michael D. Hoke and John J. Butts *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motions are **ALLOWED**, and Michael D. Hoke and John J. Butts are hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: March 3, 2008

Martin Reidinger
United States District Judge