# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv422

| | |
|---|---|
| **COMMERCIAL DEFEASANCE, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**GREG STRANGER, THE BOSTON** )<br>**CONSULTING GROUP, INC., and** )<br>**CAPITAL DEFEASANCE GROUP,** )<br>**LLC,** )<br>)<br>**Defendants.** )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the motion of the Plaintiff Commercial Defeasance, LLC for the admission of attorney Vance L. Beagles *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and Vance L. Beagles is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: March 10, 2008

Martin Reidinger
United States District Judge