UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| COMMERCIAL DEFEASANCE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:06CV422-R |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF** |
| GREG STRANGER; THE BOSTON | ) | **SETTLEMENT** |
| CONSULTING GROUP; and CAPITAL | ) | |
| DEFEASANCE GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Commercial Defeasance, LLC, hereby informs the Court that all claims asserted in this action have been resolved by agreement. A stipulation of dismissal or other appropriate dismissal papers will be filed as soon as permitted by the parties' agreement. Plaintiff anticipates such filing to occur May 1 or May 2, 2008.

This the 1st day of May, 2008.

s/Scott M. Tyler
Scott M. Tyler
ATTORNEYS FOR PLAINTIFF
MOORE & VAN ALLEN, PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 378-1963
scotttyler@mvalaw.com

*Admitted Pro Hac Vice:*

Thomas C. Frongillo
Patrick J. O'Toole, Jr.
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, Floor 34
Boston, Massachusetts 02110
Telephone: (617) 772-8300
thomas.frongillo@weil.com
patrick.otoole@weil.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing NOTICE OF SETTLEMENT upon all parties to this action by depositing copies in the United States mail, first-class postage prepaid, addressed to counsel of record as follows:

Eric D. Welsh, Esq.
Parker Poe Adams and Bernstein LLP
Three Wachovia Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202-1935
ericwelsh@parkerpoe.com

Brian D. Gwitt, Esq.
William F. Savino, Esq.
Jennifer M. Catherine, Esq.
Amber E. Storr, Esq.
Damon & Morey
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096
bgwitt@damonmorey.com
wsavino@damonmorey.com
jcatherine@damonmorey.com
astorr@damonmorey.com

*Attorneys for Capital Defeasance and
Greg Stranger*

John H. Cobb, Esq.
Donald P. Renaldo, II, Esq.
McGuireWoods, LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202-4011
jcobb@mcguirewoods.com
drenaldo@mcguirewoods.com

Harry T. Daniels, Esq.
Caroline Kane, Esq.
Christopher Morgan, Esq.
William D. Hoke, Esq.
John J. Butts, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Harry.Daniels@wilmerhale.com
Caroline.Kane@wilmerhale.com
Christopher.Morgan@wilmerhale.com
Michael.Hoke@wilmerhale.com
John.Butts@wilmerhale.com

*Attorneys for The Boston Consulting Group*

This 1st day of May, 2008.

s/Scott M. Tyler
Scott M. Tyler