**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:06CV422-MR-DCK**

| | |
|---|---|
| COMMERCIAL DEFEASANCE, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **ORDER** |
| GREG STRANGER; THE BOSTON CONSULTING GROUP; and CAPITAL DEFEASANCE GROUP, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Plaintiff has requested that the Court re-seal a docket entry pursuant to Local Rule 6.1(B) and the Consent Protective Order entered in this matter on June 8, 2007. With the consent of Defendant The Boston Consulting Group and no opposition from the other Defendants, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's "Consent/Unopposed Motion To Re-Seal Docket Entry" (Document No. 132) is **GRANTED** and the Clerk of Court is directed to re-seal permanently Exhibit A to Docket Entry #103 on the ECF docket in this matter.

Signed: May 30, 2008

David C. Keesler
United States Magistrate Judge

CHAR2\1110360v1